UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SAMSUNG ELECTRONICS CO., LTD. and SAMSUNG SEMICONDUCTOR, INC.,<br><br>Plaintiffs,<br>v.<br><br>UNITED MODULE CORP. and KERANOS LLC,<br><br>Defendants. | Case No.: C 11-00430 PSG<br><br>**ORDER REFERRING CASE TO U.S. DISTRICT JUDGE LUCY H. KOH FOR RELATED CASE CONSIDERATION** |

It has come to the court's attention that the above-captioned action may be related to other actions currently pending in the Northern District of California, San Jose Division. *See* CIVIL L.R. 3-12(c). Therefore,

This action is HEREBY REFERRED to U.S. District Judge Lucy H. Koh with a request that she consider whether the above-captioned action is related to the following actions:

*Microchip Technology, Inc., et al. v. United Module Corp., et al.*, Case No. 10-4241 LHK

*Freescale Semiconductor, Inc., et al. v. United Module Corp., et al.,* Case No. 10-5196 LHK

*Taiwan Semiconductor Manufacturing Co., Ltd., et al. v. United Module Corp., et al.,*

1     Case No. 10-5290 LHK

2 Dated: February 2, 2011

3 _____
    PAUL S. GREWAL
4     United States Magistrate Judge