RECEIVED
2011 FEB 10 P 1: 40
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
N. DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAMSUNG ELECTRONICS CO., LTD., SAMSUNG SEMICONDUCTOR, INC. | **CASE NO.** C 11-00430 lhk |
| Plaintiff, | ~~(Proposed)~~ **ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY** *PRO HAC VICE* |
| v. | |
| UNITED MODULE CORP. and KERANOS LLC, | |
| Defendant. | |

Paul A. Gennari _____, whose business address and telephone number is

Steptoe & Johnson LLP, 1330 Connecticut Avenue, N.W., Washington, DC 20036-1795, Tel. (202) 429-6413

and who is an active member in good standing of the bar of  USDC E.D. Texas

having applied in the above-entitled action for admission to practice in the Northern District of

California on a pro hac vice basis, representing   Plaintiffs.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and

conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac*

*vice.* Service of papers upon and communication with co-counsel designated in the application

will constitute notice to the party. All future filings in this action are subject to the requirements

contained in General Order No. 45, *Electronic Case Filing*.

Dated: February  17, 2011

_Lucy H. Koh_
Honorable Lucy H. Koh
United States District      Judge