| | |
|---|---|
| 1 | DAVID L. WITCOFF (IL State Bar No. 6183629) |
| | dlwitcoff@jonesday.com |
| 2 | JONES DAY |
| | 77 West Wacker |
| 3 | Chicago, Illinois 60601 |
| | Telephone: 312-269-4259 |
| 4 | Facsimile: 312-782-8585 |

Attorneys for Plaintiff,
FREESCALE SEMICONDUCTOR, INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| MICROCHIP TECHNOLOGY, INC., and SILICON STORAGE TECHNOLOGY, INC., <br><br> Plaintiffs, <br><br> v. <br><br> UNITED MODULE CORP., and KERANOS, LLC, <br><br> Defendants. | **Case No.: 10-CV-4241-LHK** <br><br> **REQUEST AND [PROPOSED] ORDER TO PERMIT COUNSEL TO APPEAR TELEPHONICALLY AT THE MARCH 3, 2011 CASE MANAGEMENT CONFERENCE AND HEARING ON MOTIONS TO DISMISS** <br><br> Date: March 3, 2011 <br> Time: 1:30 p.m. <br> Courtroom: Courtroom 4, 5th Floor <br> Judge: Hon. Lucy H. Koh |
| TAIWAN SEMICONDUCTOR MANUFACTURING CO., LTD., TSMC NORTH AMERICA, and UBICOM, INC., <br><br> Plaintiffs, <br><br> v. " <br><br> UNITED MODULE CORP., and KERANOS, LLC, <br><br> Defendants. | **Case No.: 10-CV-05290-LHK** |

| | |
|---|---|
| FREESCALE SEMICONDUCTOR, INC., NATIONAL SEMICONDUCTOR CORP., and ANALOG DEVICES, INC., <br><br> Plaintiffs, <br><br> v. <br><br> UNITED MODULE CORP., and KERANOS, LLC, <br><br> Defendants. | **Case No.: 10-CV-05196-LHK** |
| SAMSUNG ELECTRONICS CO., LTD., and SAMSUNG SEMICONDUCTOR, INC., <br><br> Plaintiffs, <br><br> v. <br><br> UNITED MODULE CORP., and KERANOS, LLC, <br><br> Defendants. | **Case No.: 11-CV-00430-PSG** |

| | |
|---|---|
| 1 | A hearing on Defendants' motions to dismiss and case management conference for the above- |
| 2 | referenced cases is scheduled to take place on March 3, 2011.  King & Spalding, the lead trial counsel |
| 3 | for all the plaintiffs in the above-referenced matters, will be attending the case management conference |
| 4 | in person.  Co-counsel for Freescale Semiconductor, Inc., David L. Witcoff of Jones Day, who has |
| 5 | made an appearance in this case and will be located in Chicago at the time of the hearing, makes this |
| 6 | application to attend the hearing and case management conference telephonically.  In compliance with |
| 7 | Local Rule 16-10,  Mr. Witcoff respectfully makes this request to appear telephonically on March 3, |
| 8 | 2011. |

Dated:  February 23, 2011                                  Respectfully submitted,


                                                    By     /s/ David L. Witcoff
                                                       DAVID WITCOFF
                                                       dlwitcoff@joneseday.com
                                                       JONES DAY
                                                       77 West Wacker
                                                       Chicago, Illinois 60601
                                                       Tel:  312-269-4259
                                                       Fax:  312-782-8585

                                                       Attorneys for Plaintiff,
                                                       FREESCALE SEMICONDUCTOR, INC..


**IT IS SO ORDERED.**


Dated:  __March 2, 2011                      _____
                                             Honorable Lucy H. Koh
                                             United States District Judge


SVI-90157v1

1