UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MICROCHIP TECHNOLOGY, INC. and SILICON STORAGE TECHNOLOGY, INC., <br><br>Plaintiffs, <br><br>v. <br><br>UNITED MODULE CORP., and KERANOS, LLC, <br><br>Defendants. | Related Cases: <br><br>CASE NO.: CV-10-04241-LHK <br><br>CASE NO.: CV-10-05196-LHK <br><br>CASE NO.: CV-10-05290-LHK <br><br>CASE NO.: CV-11-00430-LHK |
| FREESCALE SEMICONDUCOR, INC., NATIONAL SEMICONDUCTOR CORP., and ANALOG DEVICES, INC. <br><br>Plaintiffs, <br><br>v. <br><br>UNITED MODULE CORP., and KERANOS, LLC, <br><br>Defendants. | **ORDER SEEKING CLARIFICIATION REGARDING PARTIES' JOINT STIPULATION FOR STAY AND ALTERNATIVE DISPUTE RESOLUTION** |

| | |
|---|---|
| TAIWAN SEMICONDUCTOR MANUFACTURING CO., LTD., TSMC NORTH AMERICA, and UBICOM, INC., | |
| Plaintiffs, | |
| v. | |
| UNITED MODULE CORP., and KERANOS, LLC, | |
| Defendants. | |
| SAMSUNG ELECTRONICS CO., LTD., and SAMSUNG SEMICONDUCTOR, INC., | |
| Plaintiffs, | |
| v. | |
| UNITED MODULE CORP., and KERANOS, LLC, | |
| Defendants. | |

During the March 3, 2011 hearing on the pending motions, all parties indicated they may be willing to stay these cases and participate in alternative dispute resolution. On March 7, 2011, the parties filed a stipulation seeking stay of these related cases until June 6, 2011. *See* March 7, 2011 Joint Stipulation [dkt. #64]. The parties state that they will attempt to agree on an ADR process, and "if such an agreement is reached," they will engage in some form of ADR.

The Court is prepared to rule on the pending motions, and will not delay its ruling based on speculative representations that the parties may engage in ADR. If, however, the parties select a specific form of ADR by Thursday, March 10, 2011, the Court will defer ruling upon the pending motions until June 6, 2011. Otherwise, the Court will issue its ruling promptly. The parties shall

file their election of how they wish to proceed by March 10, 2011.

**IT IS SO ORDERED.**

Dated: March 7, 2011

_____
LUCY H. KOH
United States District Judge