IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

MARSHALL DIVISION

| | | |
|---|---|---|
| SAMSUNG ELECTRONICS CO., LTD., ET AL. <br><br> V. <br><br> UNITED MODULE CORP., ET AL. | § § § § § § § | No. 2:11CV331 |
| MICROCHIP TECHNOLOGY, INC., ET AL. <br><br> V. <br><br> UNITED MODULE CORP., ET AL. | § § § § § § § | No. 2:11CV332 |
| TAIWAN SEMICONDUCTOR MANUFACTURING CO., LTD., ET AL. <br><br> V. <br><br> UNITED MODULE CORP., ET AL. | § § § § § § | No. 2:11CV333 |
| FREESCALE SEMICONDUCTOR, INC., ET AL. <br><br> V. <br><br> UNITED MODULE CORP., ET AL. | § § § § § § | No. 2:11CV334 |

## ORDER

Pursuant to the provisions of 28 U.S.C. § 636(b)(1) and (3) and the Amended Order for the Adoption of Local Rules for Assignment of Duties to United States Magistrate Judges, the above-

referenced causes of action were referred to the Honorable Caroline M. Craven for pretrial purposes. Before the Court are the following pending motions: Agreed Motion to Consolidate Cases for Pretrial Purposes (Docket Entry No. 81 in Cause No. 2:11cv331; No. 132 in Cause No. 2:11cv332; No. 87 in Cause No. 2:11cv333; No. 80 in Cause No. 2:11cv334). The parties who have appeared in the four above-referenced declaratory judgment cases have jointly agreed to consolidate these four cases for pretrial purposes. The Court agrees that consolidating the cases for pretrial purposes will promote judicial economy. Accordingly, it is

**ORDERED** that Agreed Motion to Consolidate Cases for Pretrial Purposes (Docket Entry No. 81 in Cause No. 2:11cv331; No. 132 in Cause No. 2:11cv332; No. 87 in Cause No. 2:11cv333; No. 80 in Cause No. 2:11cv334) is **GRANTED**. It is further

**ORDERED** that the Court consolidates for pretrial purposes, *Microchip Technology Inc., et al. v. United Module Corp., et al.*, 2:11-cv-332, *Taiwan Semiconductor Manufacturing Co., Ltd., et al. v. United Module Corp., et al.*, 2:11-cv-00333 and *Freescale Semiconductor, Inc., et al. v. United Module Corp., et al.*, 2:11-cv-00334 with *Samsung Electronics Co., Ltd., et al. v. United Module Corp., et al.*, 2:11-cv-331. In order for this consolidated matter to proceed in an efficient manner, the Court designates Cause No. 2:11cv331 as the lead case. It is further

**ORDERED** that all future filings shall be made only in Cause No. 2:11cv331 as the lead case. It is further

**ORDERED** that any motions now pending in 2:11cv332, 2:11cv333, and 2:11cv334 shall be refiled in the lead case, 2:11cv331. It is further

**ORDERED** that Cause Nos. 2:11cv332, 2:11cv333, and 2:11cv334 shall be administratively closed until such time as the Court enters its claim construction order. At that time, the parties may

move to reopen the administratively closed cases.

**SIGNED this 13th day of March, 2012.**

_____
CAROLINE M. CRAVEN
UNITED STATES MAGISTRATE JUDGE