# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
### MARSHALL DIVISION

### ORDER TRANSFERRING CASES

Pursuant to the *General Order Assigning Civil and Criminal Actions* (GO 14-20) entered on December 19, 2014, the Court **TRANSFERS** the following cases to the Honorable Trey Schroeder:

| | |
|---|---|
| **2:10cv207** | **Keranos, LLC v. Analog Devices, Inc., et al.** |
| **2:11cv331** | **Samsung Electronics Co., Ltd, et al. v. United Module Corp., et al.** |
| **2:11cv332** | **Microchip Technology, Inc., et al. v. United Module Corp, et al.** |
| **2:11cv333** | **Taiwan Semiconductor Manufacturing Co., Ltd., et al. v. United Module Corp., et al.** |
| **2:11cv334** | **Freescale Semiconductor, Inc., et al. v. United Module Corp., et al.** |
| **2:13cv17** | **Keranos, LLC v. Silicon Storage Technology, Inc., et al.** |
| **2:13cv18** | **Keranos, LLC v. Analog Devices, Inc., et al.** |

**SO ORDERED.**

**SIGNED this 6th day of April, 2015.**

MICHAEL H. SCHNEIDER
UNITED STATES DISTRICT JUDGE